Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

_____ Division

**FILED**

AUG 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Kyle David Milton
_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

B.M. Trate (USP Atwater - Warden)
Pattenghi, R M.D. (USP Atwater - Medical)
Dr. grassely (fci sheridan)
_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-cv-1002-GSA
*(to be filled in by the Clerk's Office)* (PC)

☒ Jury trial

**RECEIVED**

AUG 11 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                         KYLE D. MILLON

All other names by which
you have been known:

ID Number                    #17100085

Current Institution          U.S. penitentary - Atwater
Address                      P.o. Box 019001
                             Atwater          CA          95301
                                  *City*          *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                         B. M. Trate
Job or Title *(if known)*    Warden
Shield Number
Employer                     Federal Bureau of Prisons
Address                      P.O. Box 019001
                             Atwater          Ca          95301
                                  *City*          *State*      *Zip Code*
                             ☑ Individual capacity    ☐ Official capacity

Defendant No. 2
Name                         Palterghi, R
Job or Title *(if known)*    USP Atwater Medical doctor
Shield Number
Employer                     Federal Bureau of Prisons
Address                      P.O. Box 019001
                             Atwater          Ca          95301
                                  *City*          *State*      *Zip Code*
                             ☑ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name     "DR. Grassely" (f.cii sheridan)
    Job or Title (if known)     Sheridan Medical doctor
    Shield Number
    Employer     Federal Bureau of Prisons
    Address     P.O. Box 019001
    Atwater     Ca     97378
    City     State     Zip Code
    [ ] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name     "DR. Grassely" (fci sheridan)
    Job or Title (if known)     Sheridan Medical Doctor
    Shield Number
    Employer     Federal Bureau of Prisons
    Address     P.O. Box 5000
    Sheridan     OR     97378
    City     State     Zip Code
    [✓] Individual capacity     [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

    [✓] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1st, 4th, 5th, 6th, 8th 9th, 14th amendment, Constitutional rights (

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. Started at F.c.i. Sheridan, December 2021, then transfered to USP Atwater At the end of May 2022, up until present here at USP Atwater, (see facts)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

FROM DECEMBER 2021 UNTIL present.

(See facts)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I am being denied life-saving medication for a severe chronic-condition. Denial of Medication-Assisted treatment by Sheridan and Atwater federal Prison staff after 2 doctors approved treatment. Dr. Bindl and Dr. McCain approved "Mat" treatment, but Medical    (see facts) refused to provide life-saving medication and treatment.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical-Damages to organs, body, and Brain, ect. from drug use that could have been prevented. Large syringe track Mark on arm from constant drug use that could have been prevented causing pain. Mental + emotional - Constant 24 hours a day extreem stress, anxiety, thoughts of harm to self and others, loss of sleep at Night, loss of weight from loss of appetite, depression severe, loss of contact with loved ones and family, extreem anger, extreem emotional pain, complete deteriation of mental health from constant terror from losing my life from overdose.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① $500,000 for damages for injuries and to prevent federal employees from denying future lives from treatment and prevent loss of lives. (requesting 400,000 of $500,000 to be donated to Any program to help children with parents with opiod use disorder, or children with parents that died of overdose.) ② immediate treatment and medical Medication (suboxone or methadone) ③ Staff disciplined and re-trained on medical treatment for inmates.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

F.C.i. SheridaN, USP AtwateR

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I filed My first Bp-8 and Bp-9 at fci Sheridan, but staff refused to respond to My Bp-9 and when I transfered to Atwater they "Lost" all My legal documents, including My BP-8 and Bp-9 papers.

2. What did you claim in your grievance? That Medical Staff are refusing to provide My life-saving Medication and treatment, violating the First Step Act, B.O.p policy, My constitutional and prison rights, I requested immediate relief by providing treatment.

3. What was the result, if any? They denied the bp-8 due "to cannot resolve at this level" and refused to respond to bp-9 at Sheridan. And wouldn't respond to Bp-9 at Atwater, # 1123144-f2

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I got to Atwater, Re-filed a Bp8, Bp-9, refused to respond, talked to every staff possible for weeks, was told eventually that DR. Gilliam was responding to Bp-9, I talked to DR. gilliam and stated he responded, but I never recieved my bp-9 back. Ive now re-filed for the 3rd time Now, they are again refusing to respond, I filed once again and the bp-8 stated I Missed a "call-out" recently which is false, They did not call me down to medical that day, IF I was to show up or write me an incident report for refusing to go to "call-out"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I tried every single avenue, talked to every staff Possible including, warden, A. warden, Captain, administrative Remedy Corridinator, to exhaust my remedies and write regional director.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _Myself and other inmates_
    Defendant(s) _Fci Sheridan warden_

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _Portland, OR Federal Courts._

3.  Docket or index number
    _I don't Know due to all legal property Not given to Me once transfered_

4.  Name of Judge assigned to your case
    _I do Not Know due to all legal property not given to Me_

5.  Approximate date of filing lawsuit _I don't Know due to all legal Property Not given to Me._

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? _No_

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.    Docket or index number

    _____

4.    Name of Judge assigned to your case

    _____

5.    Approximate date of filing lawsuit

    _____

6.    Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8/3/22

Signature of Plaintiff

Printed Name of Plaintiff        Kyle David Milton

Prison Identification #        #17100085

Prison Address        U.S. penitentiary - Atwater

Atwater                    Ca        95301
_____City_____        _____State_____        _____Zip Code_____

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Address        _____

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019000
ATWATER, CA 95301   DATE _____ 2202 _ _
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.
_____City_____        _____State_____        _____Zip Code_____

Telephone Number        _____

E-mail Address        _____

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member)<br>*KYLE WARDEN* | DATE: *5/26/22* |
|---|---|
| FROM: *Kyle Milton* | REGISTER NO.: *17100085* |
| WORK ASSIGNMENT: *N/A* | UNIT: *4A* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

*IN DECEMBER OF last year I was Approved for Mat treatment*
*Medication through psychology dept. IN Sheridan fci by DR. Biradll.*
*I was supposed to see DR. grassely a few weeks later for blood draw*
*and urine test and start Medication. I sent Numerous request and*
*eventually filed a bp8 & Bp9 which I haven't received my bp 9 from*
*Sheridan & would like a response. The Captain & A.W. contacted DR.*
*grassely and I was finally seen on 4-19-22, signed Mat treatment*
*Contract, scheduled me for blood test & was told I could start the*
*following week. I was then Notified that I was leaving and there*
*wasn't enough time, that they apologize because I Should have been*
*on my meds Months ago. I was directed to Notify Medical as—*

(Do not write below this line)

---

DISPOSITION:

*This has been referred to*
*the Health service staff and*
*they will contact you.*

---

| Signature Staff Member | Date<br>*6/10/22* |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*Copy 1/2*

soon as I get off the bus here and let them know its on my
medical file process.
do start treatment. I was seen for my inital medical
screen and explained to the doctor all of this and he said
he wasn't going to continue my medical issue and would
not order blood turine and start medication. He said I
can start all over again from psychology and restart
process because each b.o.p. prison is seperate and doesn't
matter what happened at another b.o.p. facility. I am

Regesting #1 - That I get my response from
fci Sheridan Admin. Remedy. coordanitor on this
issue so I can continue my legal process.

#2 - That Medical be Notifired and have
my blood turine ordered, taken and start my
medication. (see b.o.p.) medical Record's DR. grussley 4-19-22, +
DR. Bival.)

I was Even told by Warden Hendricks At
fci Sheridan that they are addressing my medi-
cal concerns and resoling the issue and medical
will be "taken care of" the issue so I dont
need to worry about the b.o.p. which I'm still
being denied life safing medication for a severe
chronic condition.

Thank you For your time.

Milton # 71000895

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *MEDICAL DEPARTMENT* | DATE: *12-27-2021* |
|---|---|
| FROM: *Kyle Milton* | REGISTER NO.: *17100085* |
| WORK ASSIGNMENT: *N/A* | UNIT: *B07-205L* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I WAS SCREENED/ASSESSED BY DOCTOR BDUDI.
IN PYSCHOLOGY DEPARTMENT A FEW WEEKS AGO
TO START MEDICATION ASSISTED THERAPY (MAT). I WAS
DIRECTED TO SEE MEDICAL. ALSO AN E-MAIL WAS SENT
TO DR GRASLEY + WAS INSTRUCTED TO REQUEST APPOINTMENT.
THANK YOU FOR YOUR TIME.*

(Do not write below this line)

DISPOSITION: *You are currently in the evaluation
process*

| Signature Staff Member *K Dude FLSHE* | Date *1/12/22* |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct '86
(This form may be replicated via WP)       and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

A. WARDEN (ZARAGOZA),

      Last year In December 2021 I was seen by psychology Dept (DR. Bindl) at fci Sheridan and was approved for Mat treatment program. I was told I would see Medical within 30 days to have blood & urine taken and start once Lab test came back. Medical never called me so I eventually filed a bp8 and 9. once I filed the Bp9 the captain, warden Hendricks and Lt. Moreno got involved and was told this was Resolved. The DR. came and seen me on 4-19-22 and I signed a Mat treatment contract, was scheduled for blood & urine for the following week and was told I would start before I left. The next week Medical captain and Lt. Moreno came and told me that I was leaving on trans fer and that there wasn't enough time to start me on the program. I was told that as soon as I got to my next b.o.p destination that I would take my blood & urine at the facility and have to start there. They also stated that they put it on my Medical file 4-19-22, Just in case Medical needed to verify, As soon as I got off the bus I explained to Medical and was told to let the doctor know the situation so he can continue my Medical issue and schedule my blood & urine once I seen the doctor he told me that he seen DR. grassely had me scheduled for blood & urine, but he wasn't going to schedule it for me and that I Need to start the process all over again. I'm Requesting to have it verified about me being approved last year at fci Sheridan by DR. Bindl and verify DR. Grassely on 4-19-22 was finally doing blood & urine and start treatment program. I Re-quested suboxone strips until I was Medically cleared to have the 30 day Injection, so I didn't have to go to Medical everyday and was told thats what they would do. Thank you for your time.

# Facts

IN DECEMBER OF 2021 I (KYLE DAVID MILTON) went to psychology To MEET with DR. BINDL at F.C.I. Sheridan About Being Approved For Medication-Assisted Treatment ("MAT"). I Told The Doctor That IVE BEEN Addicted To opions for a lifetime and Desperatly need help to treat My O.U.D. (opiroid use Disorder). I was assessed, screened and Told I was approved To start the Mat treatment. I was Told within a couple weeks I would be seen by DR. Grossely at Medical To have blood and urine taken and when Results came back I would then Start on Suboxone Medication and Treatment. Medical Never called Me. I started putting Request after Request on this Matter to No Avail. I went back to DR BINDL and was told IM approved and Medical should have called me by Now. That I should file a grevence, Bp8. So I did, Then I filed a Bp9 and Then while waiting for the Response DR Grossely seen Me. Asked IF I still wanted treatment I said yes and signed a Mat treatment contract this was on 4-19-22 and IS IN My Medical Records. I was scheduled for labs the following week, but The Day I was to take labs They Came and swabbed Me for Covid-19 and told they wont do labs because IM transfering the following day. I Requested to speak To Lt. MORENO, Captain and DR Grossely Lt. Moreno and Captain Contacted DR Grossely and they told Me that They Cannot Give me My treatment. That as Soon As I got off Bus at My Next B.O.P. location that they will re-take labs and urine and start Me on My Medication for treatment (suboxone) I was told "Mat" treatment IS B.O.P wide And I wont have to wait or be approved again or BE Denied because this IS B.o.p. wide program. I told DR Grossely That a lot of other inmates have already started treatment that where approved after Me and an inmate that was in My unit and leaving to transfer on the same bus as me (Anthony Hunt) (transfering to S Carolina) was approved the same day as me and had already started Medication, So I too should recieve my medication because all inmates have a Right to Medical treatment and also all inmates and people in general have a right to

①

Equal treatment. He said theres Nothing he Can do. I then expl-
ained I am a disabled inmate with a severe chronic
condition/Disease and he's denying me life saving Medication. It
refused to provide Medication once I was transfered. I was
brought to Nevada Pahrump C.C.A. while awaiting to be brought to
USP Atwater, I was put in a Corantine Covid unit A/A. I ended
up In a cell with Anthony Hunt. The inmate receiving Medic-
ation already. 2 days after being in our cell an inmate slid
a paper with a line of fentaynal under the door. Mr. Hunt Refused
to use it because he's already taken his suboxone Medication so he
Not having cravings in his brain receptors, and knows that you
Cannot use opioids while on the Medication, and was easy fo
him to say no. The whole point in taking the medication. To sav
your life. I couldn't say no. It was impossible, and I snoirted
the fentaynal. I Realized it was too strong and so Mr. Hunt
got the inmates to give me an "upper" stimulant (Meth) to keep me
awake, so I wouldn't have to contact staff and be given Narcan
and possibly get in trouble and put in S.H.V. Now the reason I
felt this was so important to the Courts, Is because there is two
inmates, both with O.U.D came from Sheridan OR. Both Approved
for treatment, one given their Medication and another Neg-
rected, Both transfered and opioids given to them. The one
with treatment gets the Results the treatment is supposed
to, while the other almost dies. Now If I wasn't given the
upper, I would have overdosed and died. That is how serious this
spioidI disorder IS. My Childrens Mother Amber Foster Died In
Florida last Year from opioid overdose. They weren't given her
medication she was asking for. I had Anthony Hunt write an
affidavid, but they wouldn't let me bring with me, but I sw-
zar under perjury and oath and God that thats exactly what
happen and If the Courts contacted Anthony Hunt In the
B.O.P prison he's currently in, he will verify my statement
Now once I got off the Bus I explained everything
to Medical staff and he said he seen on 4-19-22 Dr.
Grossely approved My Mat

③

treatment, but I will have to wait to have my medical check-up and tell the Doctor. About or around May 15th, I had a Medical Appointment with DR. Paltenghi, R MD. I explained everything to him and that I needed him to schedule my labs and start my medication. He said he seen that I was approved and seen the 4-19-22 record, but that Atwater Dont prescribe Suboxone For Mat treatment, only Naltrexon (Vivatrol). I told him under the First Step Act and policy the do offer Suboxone Medication and Methadone and that i've taken Naltrexon. That Not only does it Not work For me, bu gives me severe bad reaction and makes me very sick. He told Me he will Not Continue my Medical issue, to start all over with psychology Dept. I explained hes denying me life-saving Medication For a chronic Condition and this is putting my life in Danger From overdoes because drugs are everywhere in Prison and asked him to prescribe the Medication I was approved foR. He Refused. I put in a BP-8 to Counso loR and Requested to talk to DR. McCain in psychology. When I got the BP-8 back 6-1-22 they Respo inded Stating that the Doctor Said I Never Mentioned anything about my Mat treatment, which is false. I appealed and waiting for a Response, I then put in a Request For Sick call to see the doctor on 6-1-22 to again go back and request my treatment Medication. As of 6-8-22 I still havent been called foR Medical. I've sent 2 more request and ha No Response. DR. McCain called me on 6-8-22 and was also approved again from this department. Just as I was last year at F.C.I. Sheridan. DR. McCain told me I might have to file because Medical isnt providing proper medication, but its out of her hands. All Month i've been talking to staff, Lt's, A. Warden and they all Said "they will look into it," but heard Nothing. I wrote Medical again about my medication and was finally responded to saying "I will be Scheduled accordingly." That's what i've heard since LAST YEAR. Warden Trate came into my unit (4A) on 6-23-22 and I explained everything in Detail and went as faR

(4)

To Tell him about the death of My Childrens Mother, and how IF we need help to ask, So I said I'm asking for help He laughed ad as IF it was a JOKE, said "he doubt it." Then for whatever Reason said "Get to filing and go to the Courts" My cellmate was Next to Me when he said it I was token back by it because I thought a person in a high up position as a prison warden would Not only want to help, but be Much More professional and have more integrity in a Respected position as a warden. I respectfully thanked him for his time and decided to take his advice and pursue this legal Matter with the highly respected Courts. In the process of exhausting My administrative Remedy and preparing to pursue a Civil Action, I pray that the Courts can and will ORDER B.O.P.'s Atwater MEDICAL to immediatly prescribe My Medication, while awaiting additional Relief, Everyday I'm not given life-saving Medication IS Another Day My disability, My disease, puts My life in Jeopardy.

I have Repeatadly been Requesting From Staff Medical psychology, for copies of My approval for "Mat" treatment Copy of 4-19-22 Medical RECORDS Showing My Appointment with DR Gressely, The Medical(s) Positions and Names of Staff Ive been Denied every peice of documents, Information on My treatment and everyone involved.

## Facts Relevent to "MAT" TREATMENT

OPioid USE DISORDER (OUD) IS RECOGNIZED AS A CHRONIC DISEASE AND A Disability UNDER the AMERICANS with Disabilities Act (A.D.A) THE RISK From opioid Addiction is well Documented and appropiate treatment for this disease exists and is crucial to preventing unnessesary deaths. The MEDICATION-Assisted treatment program("Mat") Which utilizes Medications such as Suboxone or Methadone together with behaviorial therapy, is highly effective in



treating AUD. Just IN 2017 for example, the National Sheriffs Association and National Commission on Correctional Health Care "URGED Jails and prisons Across the country to implement Mat programs in all facilities, calling it the Most effective evidence-Based Substance Abuse disorder treatment to Combat opioid Abuse Disorder and the countries Drug epidemic. Also, recently THE FIRST STEP ACT implementation of Mat treatment to Federal INMATES to Reduce overDOSE DEATHS For OFFENDERS, AND provide LIFE SAVING MEDICATION TO INMATES With A chronic Condition/Disability. At WATERS MEDICAL, telling INMATES they DON'T PRESCRIBE Suboxone OR METHADONE IS FALSE. THE B.O.P.S PATIENT CARE MANUAL (Program statement 6031.04) give discretion to provide Necessary CARE, INCLUDING treatment (Buprenorphine, Methadone) For opioid use Disorder/MAT TREATMENT, on November 5th 2019 expanded Mat treatment to include All FDA Approved MAT MEDICATIONS Currently available in the U.S. It IS Now Law to PROVIDE INMATES TREATMENT. FIRST STEP Act Publ. 115-391, 132 Stat. 5193, 5244 (2018). DENIAL OF treatment Medications violates the A.D.A. AND SECTION 504 OF THE REHABILITATION Act (RA) Codified At 29 U.S.C. §794. ALSO CONSTITUTES DELIBERATE INDIFFerence to My serious Medical Needs IN violation of the eighth amendment, Medicals practices and policy's of treatment. Refusal is A violation UNDER the Equal protection Clause OF the 14th AMENDMENT BECAUSE INMATES All over the B.O.P. ARE RECIEVING "MAT" TREATMENT AND PROPER MEDICATION.

1 of 2

As of Febuary of 2022, when fci Sheridans Medical DR. Gr-
assely refused to start treatment and once transferred
to usp Atwater and DR. Paltenghi, R also Refused to
Start treatment they had violated The FiRST STEP ACT and
B.O.P.S 18 U.S.C §4042 Duty to CARE. As with WARDEN TRATE
when I addressed my issue with him. They all where aw-
are of this Medical issue and all refused to Do anything
about it. When I requested all my Medical Records to
these iNdividuals they also violated 18 U.S.C. §4081 treatment
of prisoners AND 28 C.F.R. 513.10 ACCESS To Records. Vio-
lating 2 USCS §1361 Rehabilitation Act of 1975 TiTLE 1 of
the Americans with Disabilities Act of 1990 because
ive been diagnosed multiple times with opioid use disor-
der. MR. Paltenghi also refusing to prescribe medication
that ive taken (Buprenorphine) or (Methadone) in the past the
worked 100% for Me for treatment and stated he would
only prescribe a Methadone Medication (vivatrol) that
has a Severe reaction and does Not work is also a clear
indication that they are intentionally Not doing what
they are held by policy and law to do. IN Estelle v.
Gamble, 429 U.S. 97, 97 S.CT. 285, 50L ED2d 251 (1976)(Prisoners
are entitled to Medical Care provided by the goverment, A
A fundemental principle under the Eighth Amendment cruel
and unusual Punishment clause) See Also white v. Napolean
897 F2d 103 (3rd cir)(1990) Constitutional indifference thats
deliberate Can be shown by Medical Providers persistence in
an iNeffective course of treatment). See Also Greeno v.
Daley, 414 F. 3d 645 (7th cir 2005). Being A person thats Strug-
led with addiction Since a child, born iN a house full
of drug & overdoses and addiction I have to have psychol-
ogical and physical help. This is a matter of life and deat
It is A disability that Can only be under Control and
maintained by Medication and treatment. THOMPSON V. Da-
vis 295 F3d 890, 896 (9th cir 2002)("Drug addiction that signif-
icantly limits a MAJOR life Activity Is a Recognized disability
under the A.D.A. I have Not only been approved for treatment

2 of 2

Case 1:22-cv-01002-AWI-GSA    Document 1    Filed 08/11/22    Page 22 of 24

ment once, but twice and still being denied treatment. Nelson v Shuffman, 603 F 3d 439(8th Cir 2010)(viable eighth amendment claim when prison psychologist prescribed treatment that was never provided to prisoner.) I shouldn't have to overdose and die like my childs mother did recently just to be able to receive medication and therapy. Harper v. Lawrence County, 597 F 3d 1277(11th Cir 2010)(officals violated due process when ignoring warning prisoner needed medical treatment resulting in withdrawl and death.) Everyday is hard to even get up and go about my regular day, knowing the enviorment im in, and have no protection without my medication and behavorial therapy. I cant sleep at night, I toss and turn, not knowing when I might die too from opioids. To see other inmates all over the B.O.P getting their "Mat" treatment and therapy makes it clear to me that these staff are treating certain inmates much different than others. Im not the only one waiting for treatment, I had a cellmate at f.c.i sheridan that was "on a list" to start treatment. He went to the halfway house and died 3 days later, with an epidemic in our country thats taken hundreds of thousands of people and the FIRST STEPS ACT Expansion of treatment to inmates, there is no Reason Excuse, no reason why i'm not recieving proper medication and therapy. I pray this court will grant me emergency relief in this matter by..

1) ORDERING Medical to start Suboxone or Methadone Medication Treatment.

2) Release access to all records, Medical/Psychology pertaining to treatment

3) Start Therapy once Medicine is provided.

Kyle D Milton# M00085

## CASE LAW (Revelant)

CREWS V. SAWYER MARCH, 31 2020 (10th Cir). Plaintiff has opioid use disor' To treat his disorder. plaintiff has used suboxone. (buprenorphine) as his treatment medication for "Mat" prison staff told him they wouldn't prescribe his medication for his treatment. ON sept. 2019 plaintiff an emergency injuncton relief and within 5 calendar days plaintiff was given suboxone Medication for treatment. SEE ALSO- Pesce. coppinger Nov, 26 2018 (1st Cir.) Civil Action No. 18-11972-DJC Plaintiff brought Lawsuit alleging that defendants denying inmates access To "MAT" treatment for "OUD" violates the Americans with disability Act (ADA) and eighth amendment pursuant to 42 U.S.C. § 1983

FIRST STEP ACT Publ. 115-391, 132 Stat. 5193, 5244 (2018)
Expanded access and requires the B.O.P to provide evidence based treatment for heroine and opioid abuse for prisoners, including Medication-Assisted treatment ("MAt"),

Chamberlin V Va Dept. of Corrections Sept. 9th 2021
Naltrexon has repeatedly been documented as intolerable and in-appropriate treatment for opioid abuse.

LOCKWOOD V. SMITH Feb 15th, 2022 US Dist. Court
Plaintiff Jared Lockwood (Pro-Se) filed a Civil Rights complaint 28 u.s.c. § 1331 for relief to have Medical staff him on his "Mat" program. He had been approved for 7 months and had still refused to start him on his medication,

Estelle V. Gamble, 429 U.S. 97, 104 97 S.Ct. 785, 50 L.E.7E 2d 251 (1976)
Deliberate indifference to a serrous medical needs of prisoners constitutes the unnecessary and wanton Inflictron of pain proscribed by the eighth amendment.

## Case Law

K. Kimma V. Oosgie, 461 Fed 3d 1264, 1269, 1281 (10th Cir)

Castaneda vs U.S. 546 F3d 682 (10th Cir) 2008

Garcia V. S.U.N.Y. Health Servce GN of Brooklyn 280 F 3d 98 (2nd Cir 2001)
deliberate indifference or intentional disarimantion are necessary
to support a damage claim under Americans with disabilities Act
oR the Rehabilitation Act)

Duckworth V. Ahmad, 532 F 3d 675 (7th Cir 2008) (under the
Eigtth Amendment, states have an affirmative duty to
provide medical care to prisoners.)

Salinas V O'neill 286 F 3d 827 (5th Cir 2002) (Damages for
emotional distress May be Appropiate when suffering
sleeplessness, anxiety, and humiliation.)

Bivens V Six unKnown Agents, 403 U.S 388, 91 S.Ct 1999 29
L.E.D. 2d 619 (1970) holding that () plaintiff may seek money
Damages under both Bivens and 1983 Action for violating
Fourth Amendment Rights.

F.S. Royster Guano Co. V. Virginia, 253 U.S 412, 415 ___ S.Ct ___
L.E.D ___ (1920) (under the equal protection Clause "All persons
similarly circumstancees shall be treated alike by goverment
officials.)

LEE V. Washington, 390 U.S 333 ___ S.Ct ___ L.E.D 2d ___ (1968) (Per Curian)
(Equal protection of laws Extends to the incarcereated.

### Provisions

Rule 8, Rule 65