UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAVID MILTON,<br><br>       Plaintiff,<br><br>   vs.<br><br>TRATE, et al.,<br><br>       Defendants. | **1:22-cv-01002-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 6.)**<br><br>**ORDER DISMISSING THIS CASE WITH PREJUDICE AS DUPLICATIVE OF CASE 1:22-CV-00988-EPG-PC**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

      On August 11, 2002, Kyle David Milton (prison ID #17100-085) ("Plaintiff"), a federal prisoner proceeding *pro se*, filed this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). (ECF No. 1.)   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 19, 2022, findings and recommendations were entered by the assigned magistrate judge, recommending that this case be dismissed as duplicative of case number 1:22-cv-00988-EPG-PC (Milton v. Trate). (ECF No. 6.)  The parties were granted fourteen days in which to file objections to the findings and recommendations. (Id.)  The fourteen-day deadline expired, and no party filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the magistrate judge on August 19, 2022, are adopted in full;
2. This case is dismissed, with prejudice, as duplicative of case number 1:22-cv-00988-EPG-PC (Milton v. Trate); and
3. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated:   December 2, 2022                                  _____

                                                                          SENIOR DISTRICT JUDGE